UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13853
  ANGEL ROSARIO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX


          Debtor
  SSN XXX-XX-7646


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 08/01/2007 and was confirmed 09/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/24/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| NOVASTAR MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| HITCHCOCK AND ASSOCIATES | PRIORITY | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITI CARDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1307.53 | .00 | .00 |
| ENCORE RECEIVABLE MANAGE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| UMLI/UM CAPITAL LLC | SECURED NOT I | .00 | .00 | .00 |
| THOMAS R HITCHCOCK | DEBTOR ATTY | 2,964.50 | | 2,433.60 |
| TOM VAUGHN | TRUSTEE | | | 166.40 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,600.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,433.60 |
| TRUSTEE COMPENSATION | | 166.40 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,600.00 | 2,600.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 13853 ANGEL ROSARIO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 06/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE